UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| MICHAEL RANKHORN, ) <br> ) <br> *Plaintiff,* ) <br> ) Case No. 4:06-cv-53 <br> v. ) <br> ) Judge Mattice <br> MICHAEL J. ASTRUE, Commissioner of ) <br> Social Security, ) <br> ) <br> *Defendant.* ) | |

### ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. No. 11.] Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS** that the Parties' Joint Motion for Remand of the Cause to the Commissioner [Court Doc. No. 10] is **GRANTED**, and this matter is **REMANDED** to the Commissioner pursuant to Sentence Six of 42 U.S.C. § 405(g) for further consideration—namely, a *de novo* administrative hearing on Plaintiff's claims for social security disability and supplemental security income.

SO ORDERED this 12th day of March, 2007.


                                                    *s/ Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                               UNITED STATES DISTRICT JUDGE